*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

| | |
|---|---|
| In Re: Andrew W. Mendillo | BK No. 1:19−bk−11637 |
| Debtor(s) | Chapter 13 |

*ORDER GRANTING MOTION FOR RELIEF FROM STAY,*
*(this relates to Document # 23)*

The Court, having considered the Motion for Relief from the Automatic Stay, (Doc. # 23); filed by Greenwood Credit Union ; and it appearing that proper notice was provided; and no objection having been filed,

IT IS HEREBY ORDERED:

(1) Greenwood Credit Union is granted relief from the automatic stay imposed under 11 U.S.C. § 362 to pursue its legal remedies under applicable non−bankruptcy law with respect to:

Secured Bank Account.

(2) The 14−day stay imposed under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure applies.

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **2/3/20**

Entered on Docket: **2/3/20**
Document Number: **34 − 23**

ogrelstay.jsp #115df

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*