UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re:

ANDREW W MENDILLO                          BK- 19-11637
        Debtor(s)                          CHAPTER 13

NOTICE OF FINAL CURE PAYMENT

        Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee files Notice that the amount required to cure the default for the below claim has been paid in full and that the Debtor(s) have completed all payments under the plan.

Name of Creditor: RI Housing & Mortgage Finance Co.
Trustee Claim #: 6
Last 4 digits of any number used to identify the Debtor's account: 0010

Final Cure Amount:

        Amount of Allowed Pre-petition Arrearage:        $24,566.62
        Amount Paid by Trustee:                          $24,566.62

Monthly Ongoing Mortgage Payment is Paid:

        __ Through the Chapter 13 Trustee conduit
        X  Directly by the Debtor

        Within 21 days of the service of this Notice, the creditor must file and serve same on the Debtor(s), Debtor's counsel and the Trustee, pursuant to Federal Bankruptcy Rule 3002.1(g), a Statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default and whether, consistent with Bankruptcy Code §1322(b)(5), the Debtor is otherwise current on all the payments or be subject to further action of the Court including possible sanctions.

Dated: July 7, 2025                        Respectfully submitted,


                                           /s/Charles A. Pisaturo, Jr.
                                           Charles A. Pisaturo, Jr., Trustee
                                           400 Westminster St. Suite 54
                                           Providence, RI 02903
                                           Tel:(401) 223-5550
                                           Fax:(401) 223-5548

<u>CERTIFICATION</u>

I hereby certify that a copy of the within Notice was mailed, postage prepaid, to:

Andrew W Mendillo
21 School Street
Warwick, RI 02889

RI Housing
44 Washington St. 2nd Fl.
Providence, RI 02903

and electronically mailed to:

Janet J. Goldman, Esq. at [jgoldmanlawri@jggoldman.com](mailto:jgoldmanlawri@jggoldman.com)

on July 7, 2025.

/s/ Martha Hunt _____